E-Filed: **7/10/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rocio A. Pacheco,** | CASE NO. CV 09-3234-GHK (CTx) |
| Plaintiff, | |
| v. | JUDGMENT |
| **Wescom Credit Union, et al.,** | |
| Defendant. | |

Pursuant to our Order dismissing Defendant Wescom Credit Union on June 11, 2009, **IT IS HEREBY ADJUDGED** that Defendant Wescom Credit Union shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing from Defendant Wescom.

Pursuant to our Order dismissing the remaining Defendants, Countrywide Home Loans and Washington Mutual Bank, on July 10, 2009, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: July 10, 2009

_____
GEORGE H. KING
United States District Judge